spondent. (Proceeding No. 2.) [999 NYS2d 780]—Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Third Judicial Department and transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Appellate Division of the Supreme Court in the Third Judicial Department entered June 20, 2014).

It is hereby ordered that said petition is unanimously dismissed without costs.

Same memorandum as in *Matter of Dinsio v Supreme Ct., Appellate Div., Third Jud. Dept.* ([proceeding No. 1] 125 AD3d 1313 [2015]). Present—Scudder, P.J., Fahey, Peradotto, Carni and Whalen, JJ.

■ In the Matter of AMIL DINSIO, Petitioner, v SUPREME COURT, APPELLATE DIVISION, THIRD JUDICIAL DEPARTMENT, Respondent. (Proceeding No. 3.) [999 NYS2d 781]—Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Third Judicial Department and transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Appellate Division of the Supreme Court in the Third Judicial Department entered June 20, 2014).

It is hereby ordered that said petition is unanimously dismissed without costs.

Same memorandum as in *Matter of Dinsio v Supreme Ct., Appellate Div., Third Jud. Dept.* ([proceeding No. 1] 125 AD3d 1313 [2015]). Present—Scudder, P.J., Fahey, Peradotto, Carni and Whalen, JJ.

■ JAMES ZIMMER, Respondent-Appellant, v TOWN OF LANCASTER INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants-Respondents. [3 NYS3d 815]—

Appeal and cross appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered October 11, 2013. The order granted plaintiff's motion for partial summary judgment and granted in part and denied in part defendants' cross motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously modified on the law by granting those parts of the cross motion seeking summary judgment dismissing the Labor Law § 200 and common-law negligence causes of action and by denying that part of the cross motion seeking summary judgment dismissing the Labor Law § 241 (6) cause of action